FILED

UNITED STATES COURT OF APPEALS

DEC 10 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTOINE MARQUISE GENTLE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>F. FOULK,<br><br>　　　　　Respondent. | No. 13-73751<br><br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of petitioner's original petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. An application for a writ of habeas corpus must be made to the district court. *See* Fed. R. App. P. 22(a); *see also* 28 U.S.C. § 2241(b). If a petition for writ of habeas corpus is filed in the court of appeals, "the application must be transferred to the appropriate district court." Fed. R. App. P. 22(a).

Accordingly, the Clerk shall transfer the petition to the United States District Court for the Eastern District of California.

Upon transfer of the petition, the Clerk shall close this original action.

AS/MOATT